IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

vs.                                                                      No. 2:09-cv-02533-STA-tmp

LINDEN AVENUE PROPERTIES;
INSOUTH BANK; MERCHANTS AND
FARMERS BANK; and CADENCE BANK, N.A.,

    Defendants.

---

**STIPULATION FOR DISMISSAL OF
DEFENDANT, INSOUTH BANK, WITH PREJUDICE**

---

    Come now the Plaintiff, Certain Underwriters at Lloyds, London ("Underwriters"), and the Defendant, InSouth Bank, and hereby stipulate as follows:

    1.    InSouth Bank is not making a claim under the policy.

    2.    InSouth Bank represents that the mortgage for which InSouth bank was named as a mortgage holder on the policy has been satisfied.

    3.    InSouth Bank is not making any claim for any insurance proceeds of the policy pursuant to or relating to the allegations that were made by Underwriters in the Complaint filed in this cause or that could have been made by Underwriters in the Complaint filed in this cause.

    4.    Underwriters hereby dismiss their cause of action against InSouth Bank with prejudice, with each party to bear its own costs, said costs having been paid.

    5.    This Stipulation for Dismissal in no way affects Underwriters' cause of actions against any other defendant in this cause.

Respectfully submitted,

BRATTON, O'NEAL & THORP, P.C.


By /s/ Allan B. Thorp
    Allan B. Thorp (008129)
    Gregory W. O'Neal (15860)
    675 Oakleaf Office Lane, Suite 200
    Memphis, Tennessee  38117
    (901) 684-6100
    (901) 684-6106 (fax)
    e-mail:  allanthorp@brattononeal.com
    e-mail:  gregoneal@brattononeal.com

    Attorneys for Certain Underwriters at
    Lloyds, London


BONE MCALLESTER NORTON PLLC


By /s/ Anne C. Martin
  _by Allan B. Thorp, with permission_
    Anne C. Martin
    Nashville City Center, Suite 1600
    511 Union Street
    Nashville, Tennessee  37219
    (615) 238-6318
    (615) 687-2765 (fax)
    e-mail: amartin@bonelaw.com

    Attorney for InSouth Bank

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of electronic filing to the following:

    David Shelton, Esq.
    120A Courthouse Square
    P.O. Box 2541
    Oxford, Mississippi  38655
    Attorney for Merchants and Farmers Bank

    T. Robert Abney, Esq.
    Robert F. Uhlmann, Esq.
    Cochran, Uhlmann, Abney, Duck & Wright
    5050 Poplar Avenue, Suite 1134
    Memphis, Tennessee  38157
    Attorneys for Cadence Bank, N.A.

I further certify that on October 12, 2009, I mailed and/or e-mailed the foregoing document, postage prepaid, to the following non-CM/ECF participants:

    Linden Avenue Properties
    Attn:  Curtis Wegener
    6211Shelby Oaks Drive, Suite 103
    Memphis, Tennessee  38134

    Anne C. Martin, Esq.
    Bone McAllester Norton PLLC
    Nashville City Center, Suite 1600
    511 Union Street
    Nashville, Tennessee  37219
    Attorney for InSouth Bank
    e-mail: amartin@bonelaw.com

                                  /s/ Allan B. Thorp
                                  Allan B. Thorp