**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

vs.                                                                                              No. 2:09-cv-02533-STA-tmp

LINDEN AVENUE PROPERTIES and
MERCHANTS AND FARMERS BANK

    Defendants.
_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
_____

Came the parties and stated to the Court through their counsel that the matters and things in controversy have been amicably settled, that the parties are in agreement that all causes of action, claims, counterclaims, and cross-claims asserted herein should be dismissed with prejudice, and that each party shall bear its own costs.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that all causes of action, claims, counterclaims, and cross-claims asserted herein be, and they are hereby, dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED** this 29th day of September, 2010.

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

AGREED TO BY:


_/s/ Allan B. Thorp_____
Allan B. Thorp (BPR #008129)
Attorneys for Certain Underwriters at Lloyd's, London
675 Oakleaf Office Lane, Suite 200
Memphis, Tennessee 38117
(901)   684-6100
(901)   684-6106 (fax)
E-Mail: allanthorp@brattononeal.com


_/s/ Kannon C. Conway_____
Kannon C. Conway (BPR #23569)
Attorney for 200 Linden Avenue Properties
Harris Shelton Hanover Walsh PLLC
One Commerce Square, Suite 2700
Memphis, Tennessee 38103
(901)   525-1455
E-Mail: kconway@harrisshelton.com


_/s/ David Shelton_____
David Shelton (BPR #99675)
Attorney for Merchants and Farmers Bank
1223 Jackson Avenue East, Suite 202
P.O. Box 2541
Oxford, MS 38655
(662)   281-1212
E-Mail: david@davidsheltonpllc.com