*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**CERTAIN UNDERWRITERS AT**  **JUDGMENT IN A CIVIL CASE**
**LLOYD'S, LONDON**

**v.**

**LINDEN AVENUE PROPERTIES and**  **CASE NO: 09-2533-A**
**MERCHANTS AND FARMERS BANK**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on September 29, 2010, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 9/29/2010

                                    THOMAS M. GOULD
                                    Clerk of Court


                                    s/Terry L. Haley
                                    (By)  Deputy Clerk